HAROLD S. MILLER, Appellant, *v.* BURLINGTON MILLS RIBBON
CORP., Respondent.

Argued May 20, 1952; decided June 5, 1952.

*Leo H. Hirsch, Jr.,* and *Samuel R. Feller* for appellant.

*Leo J. Friedman* and *Arthur J. Brothers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.